

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*overruled in part by WW-1357*

Dr. George W. Cox, M. D.
State Health Officer
Austin, Texas

Dear Sir:

Opinion No. O-2377
Re: Payment of salaries of local
health employees out of Fed-
eral funds.

Under date of May 17, 1940, you submit the ques-
tion for consideration by this Department, whether the
salaries of employees in local health units may be augmented
from Federal funds, if the same are embodied in the plan and
budget agreed upon by the State Health Officer and Federal
agencies.

You state that in such health units it is neces-
sary to supplement various salaries, in order that qualified,
competent personnel may be secured. You further state that
you do not augment the salaries of any personnel carried in
the departmental appropriation bill passed by the 46th Legis-
lature; that the question concerns only the personnel paid
out of funds derived from Federal sources.

The following provisions are contained in Senate
Bill 427, Acts of the 46th Legislature:

"The appropriation herein provided are to
be construed as the maximum sums to be appropriated
to and for the several purposes named herein, and
the amounts are intended to cover and shall cover
the entire cost of the respective items and the
same shall not be supplemented from any other source;

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Dr. George W. Cox, M. D., Page 2

and, except as otherwise provided, no other ex-
penditures shall be made, nor shall any other
obligations be incurred by any department of
this State, provided however that nothing herein
shall prevent any department head from paying less
than the maximum amount set forth herein for any
salaried position."

"Limitation of Payments. Except as otherwise
provided, whenever, by virtueof the provisions of
this Act, items are to be paid out of fees, receipts,
special funds or out of other funds available for
use by a department, it is the intention of the Legis-
lature to limit expenditures out of said fees, re-
ceipts, special funds or other available funds to
the purposes and in the amounts itemized herein, and
it is so provided."

"United States Funds and Aid. The proper of-
ficer or officers of any State Departments, bureaus,
or divisions of State agencies are hereby authorized
to make application for and accept any gifts, grants,
or allotments of funds from the United States Govern-
ment to be used on State cooperative and other Feder-
al projects and programs in Texas, including construc-
tion of public buildings, repairs, and improvements.
Any of such Federal Funds as may be deposited in the
State Treasury are hereby appropriated to the specific
purpose authorized by the Federal Government."

"It is provided that any nurse employed by the
State Health Department not receiving $125.00 per
month under this Act may have her salary supplemented
from Federal funds in the sum of $12.50 per month
upon approval of the proper Federal authorities."

We interpret the above provisions as intending to
authorize the application of Federal funds to the specific
purpose authorized by the proper Federal authority having
supervision of such funds, with the limitation that persons
paid from State funds may not have their salaries supplemented
from Federal funds, except in the instance of nurses not re-
ceiving $125.00 per month, who may have their salaries supple-
mented from Federal funds in the sum of $12.50 per month upon
approval of the proper Federal authorities.

Dr. George W. Cox, M. D., Page 3

        If, therefore, you do not propose to augment or
supplement the salaries of employees paid from State funds,
your question is answered in the affirmative.

                                    Yours very truly

                            ATTORNEY GENERAL OF TEXAS

                        By  *Richard W. Fairchild*

                            Richard W. Fairchild
                                    Assistant

RWF:BBB

APPROVED JUL 2, 1940

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN